UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL M. MCGHEE,
    Plaintiff,

vs.                                      Case No.:  3:24-cv-378/MCR/ZCB

CENTURY CORRECTIONAL
INSTITUTION, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 17, 2024.  (Doc. 9).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this order.

2. This case **is DISMISSED without prejudice**, as a malicious abuse of the judicial process under 28 U.S.C. § 1915A(b)(1).

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**